**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Khalil O'Banner,<br><br>Plaintiff,<br><br>v.<br><br>Envision Unlimited,<br><br>Defendant. | Case No. 1:26-cv-06987<br><br>Honorable Mary M. Rowland |

**JOINT STATUS REPORT**

Plaintiff Khalil O'Banner ("Plaintiff") and Defendant Envision Unlimited ("Defendant") (together, the "Parties"), by and through their respective counsel, submit this Joint Status Report pursuant to the Court's Minute Entry of July 16, 2026 [Dkt. 9], which directed the Parties to report on the status of discovery and whether a settlement conference would be productive.

## I. STATUS OF THE PLEADINGS

Defendant filed its Answer and Affirmative Defenses to Plaintiff's Complaint on July 31, 2026. [Dkt. 10.]

## II. STATUS OF DISCOVERY

### A. Rule 26(a)(1) Initial Disclosures

The Parties exchanged their Rule 26(a)(1) initial disclosures in accordance with the Court's August 14, 2026 deadline.

### B. Written Discovery

Both Parties served initial discovery requests consisting of interrogatories and requests for production. Plaintiff provided initial responses to Defendant's discovery requests and produced responsive documents. Defendant has not yet responded to Plaintiff's August 11, 2026

discovery requests. Plaintiff agreed to Defendant's request to extend the deadline for Defendant's responses to November 13, 2026 provided the parties can remain on track for the February 1, 2027 fact discovery deadline.

### C. Depositions and Remaining Fact Discovery

No depositions have been noticed or scheduled to date. The Parties anticipate scheduling fact witness depositions following Defendant's written discovery responses and document production, and may issue third-party subpoenas. The extension of Defendant's response deadline does not affect the existing discovery schedule, and the Parties anticipate completing fact discovery by the February 1, 2027 deadline set by the Court. [Dkt. 9.]

## III. SETTLEMENT

The Parties believe that a settlement conference would be productive at this time. The Parties have exchanged initial disclosures, Plaintiff has produced his documents, and Defendant possesses the core employment records at issue.

Dated: October 16, 2026

Respectfully submitted,

/s/ Anand C. Mathew
Andrew Greene
M. Katherine Boychuk
Anand C. Mathew
ASG LAW FIRM, LLC
181 W Madison St., Suite 4700
Chicago, IL 60602
(312) 274-2031
andy@asglawfirm.com
kay@asglawfirm.com
anand@asglawfirm.com
*Attorneys for Plaintiff Khalil O'Banner*

/s/ K. *Hope Harriman (with consent)d*
William R. Pokorny
K. Hope Harriman
FRANCZEK P.C.
300 S. Wacker Drive, Suite 3400
Chicago, Illinois 60606
(312) 986-0300
wrp@franczek.com
khh@franczek.com
*Attorneys for Defendant Envision Unlimited*