**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Khalil O' Banner

Plaintiff,

v.

Case No.: 1:26−cv−06987
Honorable Mary M. Rowland

Envision Unlimited

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 20, 2026:

MINUTE entry before the Honorable Mary M. Rowland: The Court is in receipt of Parties' Joint Status Report [14]. Parties have served initial discovery requests and produced responsive documents. No depositions have been noticed or scheduled to date. Parties anticipate fact witness depositions and third−party subpoenas. Parties plan to complete fact discovery by the 2/1/27 deadline. Parties believe that a settlement conference would be productive at this time. This matter is referred to the assigned magistrate judge for all discovery supervision and settlement discussion. Parties are to file a joint status report on the progress of discovery and settlement discussions on or before 1/11/2027. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.