**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Khalil O' Banner

Plaintiff,

v.

Case No.: 1:26−cv−06987
Honorable Mary M. Rowland

Envision Unlimited

Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Daniel P. McLaughlin for the purpose of holding proceedings related to: discovery supervision and settlement conference. (jg, ) Mailed notice.

Dated: November 13, 2026

/s/ Mary M. Rowland

United States District Judge