**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Khalil O' Banner
Plaintiff,
v.
Envision Unlimited
Defendant.

Case No.: 1:26−cv−06987
Honorable Mary M. Rowland

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 13, 2026:

MINUTE entry before the Honorable Daniel P. McLaughlin: This case has been referred to Judge McLaughlin for discovery supervision and a settlement conference. The parties have indicated [14] that they believe a settlement conference would be productive at this time. The Court directs counsel for the parties to meet regarding settlement via videoconferencing. After this meeting, the parties are to file a joint status report by 12:00 p.m. on 11/19/26 confirming that (1) settlement figures have been exchanged (demand and offer), (2) the parties remain interested in participating in a settlement conference, and (3) the parties have reason to believe a settlement conference will lead to a resolution of this matter. If these requirements are met, the parties should also specify whether they would like the settlement conference to be conducted remotely or in−person. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.