**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| KHALIL O'BANNER,<br><br>Plaintiff,<br><br>v.<br><br>ENVISION UNLIMITED,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:26-cv-06987<br><br>Honorable Mary M. Rowland<br><br>Magistrate Judge Daniel P. McLaughlin |

**JOINT STATUS REPORT**

Plaintiff Khalil O'Banner ("Plaintiff") and Defendant Envision Unlimited ("Defendant") (together, the "Parties"), by and through their respective counsel, submit this Joint Status Report pursuant to the Court's Minute Entry of November 13, 2026 [Dkt. 17], which directed counsel to report whether the prerequisites for a settlement conference have been met.

1. The Parties confirm that settlement figures have been exchanged. Plaintiff conveyed an initial settlement demand on June 16, 2026. Defendant responded with a counteroffer on October 22, 2026. Plaintiff conveyed a revised demand on November 2, 2026, and Defendant conveyed a revised counteroffer on November 11, 2026.

2. Both Parties remain interested in participating in a settlement conference before the Court. As reported in the Parties' October 16, 2026 Joint Status Report [Dkt. 14], the Parties believe a settlement conference would be productive at this time.

3. The Parties have reason to believe that a settlement conference will lead to a resolution of this matter. Through two rounds of written exchanges, each side has moved meaningfully from its opening position. Although a gap remains, the Parties believe that the Court's assistance will help them bridge it.

4. The Parties request that the settlement conference be conducted in person.

5. To focus their efforts on resolution, the Parties have agreed to pause discovery until after the settlement conference. The Parties respectfully request that the Court stay discovery pending the settlement conference and, if the matter does not resolve, permit the Parties to submit a proposed amended discovery schedule within fourteen (14) days after the conference. Fact discovery is currently set to close on February 1, 2027. [Dkt. 9.]

Dated: November 19, 2026

Respectfully submitted,

/s/ Anand C. Mathew
Andrew Greene
M. Katherine Boychuk
Anand C. Mathew
ASG LAW FIRM, LLC
181 W. Madison St., Suite 4700
Chicago, IL 60602
(312) 274-2031
andy@asglawfirm.com
kay@asglawfirm.com
anand@asglawfirm.com

*Attorneys for Plaintiff Khalil O'Banner*

/s/ K. Hope Harriman (with consent)
William R. Pokorny
K. Hope Harriman
FRANCZEK P.C.
300 S. Wacker Drive, Suite 3400
Chicago, Illinois 60606
(312) 986-0300
wrp@franczek.com
khh@franczek.com

*Attorneys for Defendant Envision Unlimited*

## CERTIFICATE OF SERVICE

The undersigned non-attorney certifies that on November 19, 2026, she served a true and correct copy of the foregoing **JOINT STATUS REPORT** on the following by CM/ECF notice of electronic filing:

William R. Pokorny
K. Hope Harriman
FRANCZEK P.C.
300 S. Wacker Drive, Suite 3400
Chicago, Illinois 60606
(312) 986-0300
wrp@franczek.com
khh@franczek.com
*Attorneys for Defendant Envision Unlimited*

/s/ Fox Johnston