**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Khalil O' Banner
Plaintiff,
v.
Envision Unlimited
Defendant.

Case No.: 1:26−cv−06987
Honorable Mary M. Rowland

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 19, 2026:

MINUTE entry before the Honorable Daniel P. McLaughlin: The Court has reviewed the parties' joint status report [18]. The parties confirm that settlement figures have been exchanged, they remain interested in participating in a settlement conference, and they have reason to believe a settlement conference will lead to a resolution of this matter. Per the parties' request, the Court stays discovery pending the anticipated settlement conference. The Court will email counsel with dates on which it is available to conduct the settlement conference. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.